UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRIENDS OF HAMILTON GRANGE and
DR. JOHN CARDWELL,

Plaintiff.

-v-

DIRK KEMPTHORNE, Secretary of the
Interior, et al.

Defendant.

---

Case No. 08 Civ. *5220*

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FRIENDS OF HAMILTON GRANGE & DR. JOHN CARDWEL (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 6, 2008

Signature of Attorney

**Attorney Bar Code:** MB 3552