```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FRIENDS OF HAMILTON GRANGE ET AL.,        :
                         Plaintiffs,      :
                                          :      08 Civ. 5220
           -v-                            :      (DLC)(FM)
                                          :
DIRK KEMPTHORNE, Secretary of the Interior,:     ORDER OF
et al.,                                   :      REFERENCE TO A
                         Defendants.      :      MAGISTRATE JUDGE
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes           ___ Consent under 28 U.S.C. §
    scheduling, discovery, non-              636(c) for all purposes
    dispositive pretrial motions,            (including trial)
    and settlement)

___ Specific Non-Dispositive             ___ Consent under 28 U.S.C. §
    Motion/Dispute*                          636(c) for limited purpose
                                             (e.g., dispositive motion,
    _____                   preliminary injunction)
                                             Purpose:
    _____
                                             _____

    If referral is for discovery         ___ Habeas Corpus
    disputes when the District
    Judge is unavailable, the
    time period of the referral:

    _____

 X  Settlement*                          ___ Social Security

___ Inquest After Default/Damages        ___ Dispositive Motion (i.e.,
    Hearing                                  motion requiring a Report
                                             and Recommendation)
                                             Particular Motion:

                                             _____

     SO ORDERED:
Dated:    New York, New York
          June 9, 2008

                                              /s/ Denise Cote
                                         _____
                                                DENISE COTE
                                         United States District Judge