USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FRIENDS OF HAMILTON GRANGE and DR. JOHN :
CARDWELL,                           :
                    Plaintiffs,     :
                                    :
        -v-                         :
                                    :
DIRK KEMPTHORNE, Secretary of the   :   08 Civ. 5220 (DLC)
Interior; U.S. DEPARTMENT OF THE    :
INTERIOR; MARY A. BOMAR, Director of :      ORDER
the National Park Service; NATIONAL :
PARK SERVICE; and MARIA BURKS,      :
Commissioner of National Parks of New :
York Harbor and Superintendent of   :
Manhattan Sites,,                   :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

    Following a conference held on the record today, it is hereby

    ORDERED that defendants shall submit their opposition to plaintiffs' request for a temporary restraining order and preliminary injunction by Friday, June 13 at Noon.

    IT IS FURTHER ORDERED that plaintiffs shall submit any reply by Monday, June 16 at Noon.

    IT IS FURTHER ORDERED that a telephonic conference shall be held on Monday, June 16 at 4:00 p.m.  Plaintiffs shall coordinate the call with defendants.

    IT IS FURTHER ORDERED that all parties are directed to appear for a conference with the Court, on Tuesday, June 17, at

9:30 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 11B.

IT IS FURTHER ORDERED that at the time any submission is made, the party shall hand-deliver two courtesy copies to the Court.

    SO ORDERED:

Dated:    New York, New York
           June 9, 2008

                                      DENISE COTE
                            United States District Judge