UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FRIENDS OF HAMILTON GRANGE, et al., :

                Plaintiffs, : **ORDER**

     -against- : 08 Civ. 5220 (DLC)(FM)

DIRK KEMPTHORNE, Secretary of the :
Interior, et al.,
                        :

                Defendants. :

                        :
-------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that a settlement conference in this matter shall be held on June 13, 2008, at 2:00 p.m. in Courtroom 20A, 500 Pearl Street, New York, New York. Principals with full settlement authority are directed to attend the conference.

SO ORDERED.

Dated:     New York, New York
            June 11, 2008

                                      FRANK MAAS
                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

Copies to:

Honorable Denise L. Cote
United States District Judge

Matthew D. Brinckerhoff, Esq.
Emery Celli Brinckerhoff & Abady, LLP
Fax: (212) 763-5001

Lawrence H. Fogelman, Esq.
United States Attorney's Office
Fax: 212-637-2730