

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 11, 2008

**By Hand Delivery**

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

   Re:   Friends of Hamilton Grange, et al. v. Kempthorne et al., 08 Civ. 5220 (DLC)

Dear Judge Cote:

   I write respectfully on behalf of the Government in the above-referenced action to request permission to file a brief of up to 35 pages on Friday in response to plaintiffs' motion for a preliminary injunction. The Government makes this request because of the lengthy factual history of this case and the need to explain to the Court the dangers faced by the Grange if the Government cannot place the Grange on its permanent foundation. Plaintiffs consent to this request.

   Plaintiffs also request an additional 5 pages on their reply brief due Monday. The Government consents to this request.

   Thank you for your consideration of these requests.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney

*Granted.*
*/s/ Denise Cote*
*June 12, 2008*

                                 BY:   _____
                                        LAWRENCE H. FOGELMAN
                                        Assistant United States Attorney
                                        Tel. No.: (212) 637-2719
                                        Fax No.: (212) 637-2730

cc    (By Facsimile)
      Matthew D. Brinckerhoff
      Emery Celli Brinckerhoff & Abady LLP
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019