```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FRIENDS OF HAMILTON GRANGE and DR. JOHN :
CARDWELL,                               :
                          Plaintiffs,   :
                                        :
             -v-                        :
                                        :
DIRK KEMPTHORNE, Secretary of the       :    08 Civ. 5220 (DLC)
Interior; U.S. DEPARTMENT OF THE        :
INTERIOR; MARY A. BOMAR, Director of    :         ORDER
the National Park Service; NATIONAL     :
PARK SERVICE; and MARIA BURKS,          :
Commissioner of National Parks of New   :
York Harbor and Superintendent of       :
Manhattan Sites,                        :
                          Defendants.   :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

DENISE COTE, District Judge:

Plaintiffs filed a motion for a preliminary injunction on June 6, 2008. By letter dated June 17, they informed the Court that they wished to withdraw that motion. Accordingly, it is hereby

ORDERED that plaintiffs' June 6 motion for a preliminary injunction is withdrawn.

IT IS FURTHER ORDERED that counsel for all parties shall appear for the initial pretrial conference on Thursday, July 10, at 10 a.m. at the United States Courthouse, 500 Pearl Street,

New York, New York, Courtroom 11B.

    SO ORDERED:

Dated:    New York, New York
           June 17, 2008

                                          DENISE COTE
                            United States District Judge