MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendants
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2719
Email: Lawrence.Fogelman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRIENDS OF HAMILTON GRANGE and          :
DR. JOHN CARDWELL,                       :      **NOTICE OF APPEARANCE AND**
                                         :      **REQUEST FOR**
                                         :      **ELECTRONIC NOTIFICATION**
                    Plaintiffs,          :
                                         :
        v.                               :      08 Civ. 5220 (DLC) (FM)
                                         :
DIRK KEMPTHORNE, Secretary of the Interior;  :
U.S. DEPARTMENT OF THE INTERIOR;         :
MARY A. BOMAR, Director of the National  :
Park Service; NATIONAL PARK SERVICE; and :
MARIA BURKS, Commissioner of National Parks :
of New York Harbor and Superintendent of :
Manhattan Sites,                         :
                                         :
                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of the Defendants and to add him as an Attorney to whom Notices of Electronic Filing should be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:  _Lawrence H. Fogelman_    6/20/08
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Telephone:  (212) 637-2719

TO:   Matthew D. Brinckerhoff (By Electronic Mail)
      Emery Celli Brinckerhoff & Abady LLP
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019