UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FRIENDS OF HAMILTON GRANGE and DR. JOHN
CARDWELL,

               Plaintiffs,

     -v-

DIRK KEMPTHORNE, Secretary of the
Interior, U.S. DEPARTMENT OF THE
INTERIOR; MARY A. BOMAR, Director of
the National Park Service; NATIONAL
PARK SERVICE; and MARIA BURKS,
Commissioner of National Parks of New
York Harbor and Superintendent of
Manhattan Sites,

               Defendants.
------------------------------------X

08 CIV. 5220 (DLC)

PRETRIAL
SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 10, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.    The parties are instructed to contact the chambers of Magistrate Judge Maas prior to **July 10, 2008** in order to pursue settlement discussions under his supervision.

2.    Plaintiffs shall amend their complaint by **August 1, 2008**.

Dated:    New York, New York
           July 10, 2008

                                      _____
                                         DENISE COTE
                              United States District Judge