UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X
:
FRIENDS OF HAMILTON GRANGE and DR. JOHN :    08 CIV. 5220 (DLC) (FM)*
CARDWELL, :
:    ORDER OF
      Plaintiffs, :    REFERENCE TO A
:    MAGISTRATE JUDGE
  -v- :
:
DIRK KEMPTHORNE, Secretary of the Interior, U.S. :
DEPARTMENT OF THE INTERIOR; MARY A. :
BOMAR, Director of the National Park Service; :
NATIONAL PARK SERVICE; and MARIA BURKS, :
Commissioner of National Parks of New York Harbor and :
Superintendent of Manhattan Sites, :
:
      Defendants. :
:
------------------------------------------------------------- -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

DENISE COTE, District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

\* Do not check if already referred for general pretrial.

  **SO ORDERED**:

DATED: New York, New York
     July 10, 2008

                  _/s/ Denise Cote_
                  **DENISE COTE**
                 United States District Judge