| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>ILANN M. MAAZEL<br>ERIC HECKER<br>MARIANN MEIER WANG<br>SARAH NETBURN<br>KATHERINE ROSENFELD<br>O. ANDREW F. WILSON<br>ELIZABETH S. SAYLOR<br>KENNISHA A. AUSTIN<br>DEBRA L. GREENBERGER<br>ELORA MUKHERJEE | **EMERY CELLI BRINCKERHOFF & ABADY LLP**<br><br>ATTORNEYS AT LAW<br>75 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10019 | TELEPHONE<br>(212) 763-5000<br>TELECOPIER<br>(212) 763-5001<br>WEB ADDRESS<br>www.ecbalaw.com |





July 31, 2008

**By Hand**



The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

      Re:    *Friends of Hamilton Grange et al., v. Kempthorne,*
              08 Civ. 5220 (DLC)(FM)

Dear Judge Cote:

      We represent plaintiffs in the above-referenced case. We write to request a one-week extension (from August 1 to August 8, 2008) of plaintiffs' time to file an amended complaint. Carolyn Kent, an active member of Friends of Hamilton Grange and a primary liaison between the association and counsel, has been hospitalized thus inhibiting our ability to complete the amended complaint. This is plaintiffs' first request for an extension. Defendants consent to the request.

Granted.
/s/ Denise Cote
July 31, 2008

Respectfully submitted,

Matthew D. Brinckerhoff (3552)

c.    Lawrence H. Fogelman, Esq. (by email)