RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

**MEMO ENDORSED**

August 15, 2008

*By Facsimile No. 212-805-6724*

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ 8/15/08

The Honorable Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

Re: *Friends of Hamilton Grange et al., v. Kempthorne,*
08 Civ. 5220 (DLC)(FM)

Dear Judge Maas:

We represent plaintiffs in the above-referenced case. We write, on behalf of all parties, to a request a modification of the Court's settlement procedures. A settlement conference has been schedule for September 5, 2008 at 2:00 p.m. Pursuant to the Court's rules, the parties are required to submit *ex parte* settlement letters by no later than 4:00 p.m. on September 2, 2008, the day after Labor Day. Counsel for both parties will be returning to work from vacation that same day and therefore request that the deadline be extended to 4:00 p.m. the following day, September 3, 2008. Thank you for your consideration of this request.

Respectfully submitted,

Matthew D. Brinckerhoff (3552)

c. Lawrence H. Fogelman, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/08