RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

**EMERY CELLI BRINCKERHOFF & ABADY LLP**

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

**MEMO ENDORSED**

September 4, 2008

By Facsimile No. 212-805-6724

The Honorable Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

*[Handwritten endorsement:]* The conference is adjourned to 9/19/08 at 2 pm. Counsel are reminded that I expect letters outlining the issues and their positions in advance of the conference.

Maas, USMJ, 9/4/08

Re: *Friends of Hamilton Grange et al., v. Kempthorne,*
08 Civ. 5220 (DLC)(FM)

Dear Judge Maas:

We represent plaintiffs in the above-referenced case. As discussed with the Court's Law Clerk, we write, with defendants' consent, to request an adjournment of the settlement conference from September 5, 2008 to the afternoon of September 19, 2008. Ms. Carolyn Kent, a member of plaintiff Friends of Hamilton Grange who attended our prior settlement conference, has an important all day medical procedure that was just scheduled for September 5, 2008. We have conferred with counsel for defendants and the parties are available anytime after 1:30 on Friday, September 19, 2008.

Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Respectfully submitted,

Matthew D. Brinckerhoff (3552)

c.    Lawrence H. Fogelman, Esq. (by email)